■ James Lauzau, Respondent, v Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP, Respondent, and Cellino & Barnes, P.C., Appellant. [803 NYS2d 476]—Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered June 28, 2004. The order denied the motion of defendant Cellino & Barnes, P.C., to dismiss the amended complaint and cross claims against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Scudder, Kehoe, Martoche and Hayes, JJ.